RECEIVED
AUG 2 2 2024
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

(Rev. 12/15/2023)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
19th DIVISION

Clifton JR Brooks
Plaintiff

Civil Action No. ______ SEC. P

Prisoner # 566664

VS.

Judge ______

Magistrate Judge ______

D.W.C.C WARDEN'S AND STAFF MEMBERS
Defendant

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

**I. Previous Lawsuits**

a. Have you begun any other lawsuit while incarcerated or detained in any facility?

Yes ✓ No ______

b. If your answer to the preceding question is "Yes," provide the following information.

1. State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

MY PAPER WORK WAS LEFT IN ANGOLA STATE PENITENTARY AND I'M BEING DENIED MY LEGAL WORK.

2. Name the parties to the previous lawsuit(s):

Plaintiffs: CLIFTON JR BROOKS

Defendants: ANGOLA TACTICAL TEAM

3. Docket number(s): ______

4. Date(s) on which each lawsuit was filed: ______

5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

______

(Rev. 12/15/2023)

c. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes ______ No ✓

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

______________________________

______________________________

**II. a. Name of institution and address of current place of confinement:**

PHCC, DWF, LSP, DWCC

b. Is there a prison grievance procedure in this institution?

Yes ✓ No ______

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes ______ No ✓

2. If you did not file an administrative grievance, explain why you have not done so.

THEY DON'T ACCEPT AND STRONGLY DISAGREE WITH OFFENDER GOING AGAINST THEY SYSTEM.

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

______________________________

______________________________

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

**III. Parties to Current Lawsuit:**

a. Plaintiff, ______________________________

Address ______________________________

*(Rev. 12/15/2023)*

b. Defendant, ______________________, is employed as ______________________ at ______________________.

Defendant, ______________________, is employed as ______________________ at ______________________.

Defendant, ______________________, is employed as ______________________ at ______________________.

Additional defendants, ______________________

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.** **<u>IF EXTRA PAGES ARE REQUIRED TO STATE THE FACTS OF YOUR CASE, YOU ARE LIMITED TO FIVE TYPEWRITTEN OR TEN LEGIBLE HANDWRITTEN PAGES PURSUANT TO LOCAL CIVIL RULE 3.2</u>**

LOONIE NAIL, MICHELLE DAZET, WARDEN MAZE COL MALCOM, CPT KENNEDY, MAJOR HEARD THEY ALL TO PROTECT AND SERVE PLUS I AM A DISABLE OFFENDER IN A WHEEL CHAIR THATS CURRENT GETTING HARASSED BY HOMOSEXUALS. LETTERS HAVE BEEN SENT TO THE HEAD WARDEN OVER DWCC BUT STILL NOTHING HAS BEEN DONE. AND ALL MY RIGHTS AS A OFFENDER HOUSED UNDER THE DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS IS BEING VIOLATED EVERYDAY. AND DISCRIMINATION. AND DENYING ME OF MY YARD PRIVELEDGE AND THEY PROMOTE HOMOSEXUAL ACTIVITY.

*(Rev. 12/15/2023)*

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

THAT I BE TREATED FAIRLY LIKE THEY RULES STATE.

## VI. Plaintiff's Declaration

a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

**Signed this ______ day of ____________ , 20 _____ .**

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**

**Signature of Plaintiff**

CLIFTON SR. BROOKS #566664
670 BELL HILL ROAD
HOMER, LA 71040

SHREVEPORT LA 710
19 AUG 2024 PM 1 L

FREEDOM
FOREVER / USA

US DISTRICT COURT MIDDLE DISTRICT OF
LOUISIANA
777 FLORIDA STREET, SUITE 139
BATON ROUGE, LA
70801- 1712

70801$1717 C046

LEGAL DOCUMENTATION.

SCREENED OK U.S. MARSHAL

AUG 19 2024