# DOUG WELBORN

## CLERK OF COURT

## 19TH JUDICIAL DISTRICT
## PARISH OF EAST BATON ROUGE

Suit Accounting Department
P. O. Box 1991
Baton Rouge, LA 70821-1991
Telephone: (225) 389-3982
Fax: (225)389-3392
www.ebrclerkofcourt.org

**DATE:** 07/19/2024 7·22·24

**TO:** Clifton Brooks Clifton [signature] Brooks.

**FROM:** **SUIT ACCOUNTING DEPARTMENT**

**RE:** **SUIT NUMBER** 139 **DIVISION** ______

MICHELLE DAUZAT AND DWCC
**VS.**
STAFF MEMBERS

We are returning your document(s) in the above referenced case for the following reason(s):

- ☐ No suit number or suit caption was provided on your pleading
- ☐ Original signature is required, please sign and return
- ☐ Motion was submitted without an order, an order is required for the judge/commissioner to sign
- ☐ No notary signature. If a notary is available to you, you must have the notary sign your pleadings in the space(s) provided. If a notary is not available to you, please indicate such (example: no notary available at this facility).
- ☐ No service information was provided. You must furnish the full name and complete physical address of each defendant you wish to have served with a copy of your pleading.
- ☐ Petition was submitted on incorrect form, a copy of the correct form (IJR-1), informa pauperis, appeal parole revocation is enclosed.
- ☐ Only one ARP, DBA, or PROPERTY CLAIM number per petition is allowed. You must separate your petitions on the forms provided for you.
- ☐ No copies of ARP/DBA/PROPERTY CLAIM steps included. You must provide the court copies of all steps exhausted in you claim (example: ARP First, Second and Third Level).
- ☒ **Other:** These forms are for Federal Court. Please forward to US District Court for the Middle District of Louisiana
777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712

**NOTE: YOUR ORIGINAL DOCUMENT WAS STAMPED THE DATE IT WAS RECEIVED IN THE CLERKS OFFICE. IT IS VERY IMPORTANT THAT YOU RETURN THE ORIGINAL STAMPED DOCUMENT ALONG WITH THE CORRECTED DOCUMENT SO THAT THE ORIGINAL FILE DATE WILL BE REFLECTED.**

[signature]

***Deputy Clerk of Court for***
***Doug Welborn, Clerk of Court***

Enc.